# JONATHAN C. REITER LAW FIRM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, SUITE 6400
NEW YORK, NEW YORK 10118
TEL: 212-736-0979
FAX: 212-268-5297
www.jcreiterlaw.com
email: info@jcreiterlaw.com

JONATHAN C. REITER

MERYL I. SCHWARTZ

OF COUNSEL
ROBERT A. LEVEY
STEVEN B. EPSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2022

February 15, 2022

VIA ECF

Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

ENDORSEMENT: The parties shall file another status report on May 25, 2022. SO ORDERED.
Dated: February 16, 2022

Re: *Yang, et. al. v. United States of America, et. al.*
21 cv 06563

Dear Magistrate Judge Aaron:

We represent the plaintiffs in the above referenced action. In accordance with Your Honor's order of December 16, 2021, requiring a status of the discovery, please be advised that as of this point, all parties have exchanged written discovery. Defendants are in the process of requesting medical, pharmacy and other records regarding the infant plaintiff as well as records for the prenatal care of the plaintiff mother, Yan Li.

Respectfully submitted,

Meryl I. Schwartz

cc: Damian Williams, United States Attorney
For the Southern District of New York
86 Chambers Street, 3rd floor
New York, NY 10007
212-637-2721
Tomoko.onozawa@usdoj.gov
Samuel.dolinger@usdoj.gov

McAloon & Friedman, P.C.
One State Street Plaza, 23rd Floor

New York, New York 10004
laurashapiro@mcf-esq.com