

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 23, 2022

Via ECF
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Jingyuan Yang et al. v. United States of America et al.*, 21 Civ. 6563 (SDA)

Dear Judge Aaron:

  This Office represents the United States of America ("United States" or the "government") in this action.  Plaintiffs Jingyuan Yang and Yan Li, individually and as parents and natural guardians of S.Y., an infant, assert claims under the Federal Tort Claims Act and state law stemming from the delivery of infant plaintiff S.Y. and subsequent medical treatment against the United States, as well as co-defendants New York-Presbyterian Healthcare System, Inc., d/b/a New York-Presbyterian Lower Manhattan Hospital; and New York-Presbyterian Weill Cornell Medical Center (together, the "New York-Presbyterian Defendants").

  We write respectfully on behalf of all parties to submit this status report in accordance with the Court's order dated July 26, 2022, Dkt. No. 40.

  Since the parties' July 25 status update, Dkt. No. 39, the parties have continued to take depositions in this matter, with the following depositions of medical providers from New York-Presbyterian Hospital: Amy Frassetto, PA, on July 27; Kristen Finazzo, CRNA, on August 17; Jason White, MD, on August 30; and Cynthia Isedeh, MD, on September 13.

  As noted in the New York-Presbyterian Defendants' September 8 letter requesting a discovery extension, Dkt. No. 41, the parties are contemplating several additional depositions of providers from New York-Presbyterian Hospital, which we anticipate completing by the extended discovery deadline of November 30, 2022.  *See* Dkt. No. 42 (order granting extension).

  Additionally, the parties have agreed to the terms of a stipulated Privacy Act Order and Protective Order, which the Court has entered.  *See* Dkt. No. 44.

We thank the Court for its consideration of this submission.

DAMIAN WILLIAMS
United States Attorney
*Attorney for the United States*

By:    /s/ Samuel Dolinger
TOMOKO ONOZAWA
SAMUEL DOLINGER
Assistant United States Attorneys
Tel.: (212) 637-2721/2677
tomoko.onozawa@usdoj.gov
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)