

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 28, 2023

<u>Via ECF</u>
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Jingyuan Yang et al. v. United States of America et al.*, 21 Civ. 6563 (SDA)

Dear Judge Aaron:

  This Office represents the United States of America ("United States" or the "government") in this action. Plaintiffs Jingyuan Yang and Yan Li, individually and as parents and natural guardians of S.Y., an infant, assert claims under the Federal Tort Claims Act and state law stemming from the delivery of infant plaintiff S.Y. and subsequent medical treatment against the United States, as well as co-defendants New York-Presbyterian Healthcare System, Inc., d/b/a New York-Presbyterian Lower Manhattan Hospital; and New York-Presbyterian Weill Cornell Medical Center (together, the "New York-Presbyterian Defendants").

  We write respectfully on behalf of all parties to submit this status report in accordance with the Court's order dated January 9, 2023. *See* Dkt. No. 52.

  Since the parties' last status update, Dkt. No. 51, the parties took the deposition of a final medical provider from New York-Presbyterian Hospital, Johanna Calo, MD, on January 10, 2023. Fact discovery closed as of January 21, 2023. Dkt. No. 50.

  Additionally, on February 27 and 28, 2023, Plaintiffs provided expert disclosures for four expert witnesses: an obstetrician/gynecologist, a pediatric neurologist, a physician specializing in physical medicine and rehabilitation/life care planning, and a team of two economic loss experts.

  Under the present schedule, expert reports from the government and from the New York-Presbyterian Defendants are due on or before March 30, 2023, and all expert discovery (including depositions) is to be completed by May 2, 2023. *See* Dkt. No. 50.

We thank the Court for its consideration of this submission.

DAMIAN WILLIAMS
United States Attorney
*Attorney for the United States*

By:   /s/ Samuel Dolinger
TOMOKO ONOZAWA
SAMUEL DOLINGER
Assistant United States Attorneys
Tel.: (212) 637-2721/2677
tomoko.onozawa@usdoj.gov
samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)