```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jingyuan Yang et al.,

                  Plaintiffs,

-against-

United States of America et al.,

                  Defendants.

1:21-cv-06563 (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       The parties are directed to appear for a telephone conference on Friday, July 14, 2023, at 2:00 p.m. to discuss the issues raised in the letters filed at ECF Nos. 59 and 60. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
              July 11, 2023

_____
STEWART D. AARON
United States Magistrate Judge