```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jingyuan Yang et al.,

              Plaintiffs,

-against-

United States of America et al.,

              Defendants.

1:21-cv-06563 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Following a telephone conference with the parties, and for the reasons stated on the record, based upon the representations made by counsel for Plaintiffs and counsel for the Government, it is hereby Ordered that all claims in the above-captioned above against The New York And Presbyterian Hospital (sued herein as New York-Presbyterian Healthcare System, Inc. doing business as New York-Presbyterian Lower Manhattan Hospital and New York-Presbyterian Weill Cornell Medical Center) are dismissed.

**SO ORDERED.**

Dated:      New York, New York
              July 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge