UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jingyuan Yang et al.,

            Plaintiffs,

-against-

United States of America et al.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023

1:21-cv-06563 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Discovery in this action closed on October 31, 2023. (*See* 8/16/2023 Order, ECF No. 67.) It is hereby Ordered that, no later than Thursday, November 9, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of Judge Aaron's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
           November 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge