USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jingyuan Yang et al., <br><br> Plaintiffs, <br><br> -against- <br><br> United States of America et al., <br><br> Defendants. | 1:21-cv-06563 (SDA) <br><br> **ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Defendant United States of America's Letter Motion for a two-week extension of time to file its motion for summary judgment and opposition to Plaintiffs' motion to preclude is granted. (2/27/24 Letter Motion, ECF No. 82.) The Government shall file its motion for summary judgment no later than March 15, 2024 and shall file its opposition to Plaintiffs' motion to preclude no later than March 29, 2024.

In light of this extension, the parties shall meet and confer regarding the remaining schedule (*see* 2/27/24 Letter Motion at 2 (proposing certain dates or another date that works for Plaintiffs and the Court)) and shall, no later than March 7, 2024, file a joint letter regarding a proposed schedule for the remaining deadlines.

**SO ORDERED.**

Dated:  New York, New York
        February 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge