

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 22, 2024

<u>Via ECF</u>
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Jingyuan Yang et al. v. United States of America*, 21 Civ. 6563 (SDA)

Dear Judge Aaron:

    This Office represents Defendant the United States of America ("United States" or the "Government") in this action. Plaintiffs Jingyuan Yang and Yan Li, individually and as parents and natural guardians of S.Y., an infant ("Plaintiffs"), assert claims against the United States under the Federal Tort Claims Act stemming from the delivery of infant plaintiff S.Y.

    The Government writes respectfully to request a two-week extension of the Government's reply brief in further support of its motion to exclude two of Plaintiffs' experts and for summary judgment (ECF No. 89), from July 26, 2024, to **August 9, 2024**. *See* Order dated March 8, 2024 (ECF No. 88). The extension is requested because the undersigned attorney is currently recovering from COVID-19, and co-counsel for the Government is on parental leave until October 2024. This is the Government's second request for an extension of the briefing deadlines. Plaintiffs' counsel consents to the request.

    We thank the Court for its consideration of this letter.

                                    DAMIAN WILLIAMS
                                    United States Attorney
                                    *Attorney for the United States*

                By:    /s/ *Tomoko Onozawa*
                        TOMOKO ONOZAWA
                        SAMUEL DOLINGER
                        Assistant United States Attorneys
                        Tel.: (212) 637-2721/2677
                        tomoko.onozawa@usdoj.gov
                        samuel.dolinger@usdoj.gov

cc:    Counsel of record (via ECF)