USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jingyuan Yang et al.,

                Plaintiffs,

-against-

United States of America et al.,

                Defendants.

1:21-cv-06563 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The parties' request to bifurcate the trial (*see* 8/27/24 Letter Motion, ECF No. 109, at 2) is denied. However, the Court will schedule the trial on non-consecutive days to ensure the availability of witnesses. The parties are directed to meet and confer and, no later than September 12, 2024, file a joint letter setting forth proposed dates during the week of December 2, 2024 (except for the afternoon of December 4, 2024) and/or the week of December 16, 2024 for the trial to continue.

2. Plaintiffs' request for Dr. Richard Luciani to provide live testimony via video and the Government's request for Dr. Sandy Bui to provide live testimony via video (*see* 8/27/24 Letter Motion at 1) are granted on consent. No later than October 28, 2024, the parties shall file a joint letter setting forth a proposed schedule for trial, including the dates and times for the live testimony via video.

3. The deadline for the parties to file the Joint Pretrial Order is extended until September 27, 2024.

**SO ORDERED.**

Dated: New York, New York
September 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2