```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jingyuan Yang et al.,

                 Plaintiffs,

-against-

United States of America,

                 Defendant.

1:21-cv-06563 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered as follows:

1. Upon reconsideration, the parties' request to bifurcate the trial into liability and damages phases is GRANTED. (*See* 8/27/24 Letter Motion, ECF No. 109; 9/5/24 Order, ECF No. 111.)

2. Having completed the liability phase of trial today, the continuation of trial scheduled for December 16, 2024 (*see* 9/13/24 Mem. End., ECF No. 113) is adjourned *sine die*.

3. No later than Wednesday, November 13, 2024, the parties shall file a joint letter setting forth a proposed schedule for post-trial briefing as to liability, as well as proposed page limits.

**SO ORDERED.**

Dated:      New York, New York
              November 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge