U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 4, 2025

**Via ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED IN PART and DENIED IN PART. Based upon the Court's schedule, the Court is unable to accommodate the full extension requested. The Government shall file its post-trial brief no later than February 21, 2025 and Plaintiffs shall file the reply by March 10, 2025. The parties shall appear on March 13, 2025 at 2:00 p.m. for final arguments in Courtroom 11C. SO ORDERED.
> Dated: February 4, 2025

Re: *Jingyuan Yang et al. v. United States of America*, 21 Civ. 6563 (SDA)

Dear Judge Aaron:

    This Office represents Defendant the United States of America ("United States" or the "Government") in this action. The Government writes respectfully to request: (1) a three-week extension of the Government's deadline to file its post-trial brief, from February 7, 2025, to **February 28, 2025**; and (2) a corresponding three-week extension for Plaintiffs to file a reply brief, from February 24, 2025, to **March 17, 2025**. *See* Order dated Nov. 14, 2024 (ECF No. 127). The extension is requested because the undersigned attorney was ill during the third and fourth weeks of January, and because of the press of business of Assistant U.S. Attorney Samuel Dolinger, who is counsel of record for the Government in another matter that was recently scheduled for a jury trial on March 31, 2025. *See United States* ex rel. *Bassan v. Omnicare*, 15 Civ. 4179 (CM). This is the Government's first request for an extension of its post-trial briefing deadline. Plaintiffs' counsel consents to the request.

    We thank the Court for its consideration of this letter.

                                DANIELLE R. SASSOON
                                  United States Attorney
                                  *Attorney for the United States*

By:   /s/ *Tomoko Onozawa*
       TOMOKO ONOZAWA
       SAMUEL DOLINGER
       Assistant United States Attorneys
       Tel.: (212) 637-2721/2677
       tomoko.onozawa@usdoj.gov
       samuel.dolinger@usdoj.gov

cc:     Counsel of record (via ECF)