USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jingyuan Yang et al.,

                         Plaintiffs,

      -against-

United States of America,

                         Defendant.

1:21-cv-06563 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Having reviewed the trial transcripts (ECF Nos. 128, 130, 132 & 134), it appears to the Court that there may be some errors in transcription. For example, the Court has identified the following potential errors:

1. Page 176 (Luciani) refers to an "additional attempt[,]" instead of "initial attempt." (*See* Post-Trial Br., ECF No. 136 at 6 n.4.)

2. Page 196 (Luciani) refers to "conditional" instead of "congenital."

3. Page 359 (Adler) refers to "contractors" instead of "contractures."

    Accordingly, it is hereby ORDERED that, prior to the post-trial argument on March 13, 2025, the parties shall meet and confer regarding these potential errors, along with any other material errors the parties may have identified, and attempt to come to a consensual resolution regarding the proper wording.

The Court will address the outcome of the meet and confer and any remaining disputes during the March 13, 2025 oral argument.

**SO ORDERED.**

Dated:   New York, New York
         March 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge