**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Jingyuan Yang et al.,** | |
| **Plaintiffs,** | **1:21-cv-06563 (SDA)** |
| **-against-** | **ORDER** |
| **United States of America,** | |
| **Defendant.** | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Given that the mediation conference was adjourned until January 9, 2026, it is hereby

Ordered that the deadline for the parties to file a Joint Pretrial Order (*see* 7/29/25 Mem. End.,

ECF No. 157) is extended, *nunc pro tunc*, until January 30, 2026.

**SO ORDERED.**

Dated:        New York, New York
              December 15, 2025

_____
STEWART D. AARON
United States Magistrate Judge