**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Jingyuan Yang et al.,** | |
| **Plaintiffs,** | **1:21-cv-06563 (SDA)** |
| **-against-** | **ORDER** |
| **United States of America,** | |
| **Defendant.** | |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Given that the mediation conference was adjourned until March 3, 2026, it is hereby Ordered that the deadline for the parties to file a Joint Pretrial Order (*see* 12/15/25 Order, ECF No. 158) is adjourned *sine die*. No later than seven days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.

**SO ORDERED.**

Dated:    New York, New York
          January 9, 2026

_____
STEWART D. AARON
United States Magistrate Judge