**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Jingyuan Yang et al.,**

**Plaintiffs,**

**-against-**

**United States of America,**

**Defendant.**

**1:21-cv-06563 (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby ORDERED that, no later than August 12, 2026, the parties shall file a joint letter regarding the status of mediation.

**SO ORDERED.**

Dated: New York, New York
July 29, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge